**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**VINCENT F. RIVERA**                                                                                    **PLAINTIFF**

**V.**                                    **4:08-CV-00506-WRW**

**GOVERNOR OF ARKANSAS, et al.**                                                   **DEFENDANTS**

**ORDER**

Pending is Plaintiff's Motion to Proceed *In Forma Pauperis* under 28 U.S.C. § 1915 (Doc. No. 1).

**I.     BACKGROUND**

On June 9, 2008, Plaintiff, an inmate in the Santa Rosa Correctional Institution in Florida, filed a *pro se* complaint alleging constitutional violations and seeking $10 trillion (or the equivalent in Chinese Yuan or Euro) from the Arkansas Governor, Arkansas Department of Corrections, Senator Mark Pryor, and Congressman Vic Snyder.[1]  The remainder of the Complaint is an even more nonsensical narrative about Bill Clinton, the Prime Minister of Pakistan, numerous drug companies, opium, and John Deere tractors.

**II.    DISCUSSION**

    **A.     Three Strikes Provision**

A prisoner's motion to proceed *in forma pauperis* in a civil action must be denied when it is determined that the prisoner "on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."[2]

---

[1] Doc. No. 1.

[2] 28 U.S.C. § 1915(g).

Plaintiff has at least three previous complaints dismissed as either frivolous or for failure to state a claim,[3] and has failed to allege any facts to indicate that he is under imminent danger of serious physical injury. Accordingly, the Motion to Proceed *In Forma Pauperis* must be denied.

### B. Failure to State a Claim

The Court is required to screen complaints seeking relief against an officer or employee of a governmental entity, and must dismiss a complaint if the claims raised are legally frivolous, malicious, fail to state a claim or seek monetary relief from a defendant immune from such relief.[4] The test for determining if an action is frivolous is whether the plaintiff can make a rational argument on the facts or law in support of his claim. The term "frivolous" refers to the "inarguable legal conclusion" and the "fanciful factual allegation."[5] After reviewing the Complaint, I find that it must be dismissed for failure to state a claim.

### CONCLUSION

Based on the findings of fact and conclusions of law above, the Motion to Proceed *In Forma Pauperis* is DENIED and this case is DISMISSED. This dismissal counts as a "strike" under 28 U.S.C. § 1915(g). Finally, the Court additionally certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 10th day of June 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[3] See *Rivera v. Mike Huckabee*, No. 4:06-CV-1713 (E.D. Ark. filed April 11, 2007) (Doc. No. 6) (listing cases).

[4] 28 U.S.C. §§ 1915A(a) and 1915A(b)(1)(2).

[5] *Neitzke v. Williams*, 490 U.S. 319, 325 (1989).