IN THE UNITED STATES DISTRICT COUNT FOR THE
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**VINCENT F. RIVERA, #518548**                                                                 **PLAINTIFF**

**VS.**                                              **4:08CV00506-WRW**

**JOHN DOE, et al.**                                                                             **DEFENDANTS**

## ORDER

Plaintiff's Motion for Reconsideration (Doc. No. 10) is DENIED.

IT IS SO ORDERED this 9th day of October, 2008.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE